1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: hartley.west@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 12-855 WHA
14                                      )
          Plaintiff,                    )
15                                      )   STIPULATION TO CONTINUE
      v.                                )   CHANGES OF PLEA; [PROPOSED]
16                                      )   ORDER
   BEATA SZKOP,                         )
17 PAWEL KAROLAK,                       )
   HECTOR VARGAS, and                   )
18 MALGORZATA ZUK                       )
                                        )
19        Defendants.                   )
                                        )
20 _____ )

21

22        Defendants Beata SZKOP, Pawel KAROLAK, Hector VARGAS, and Malgorzata ZUK

23 are scheduled for changes of plea on April 17, 2013, at 2:00 p.m.  The United States Attorney's

24 Office needs additional time to approve the plea agreements.  The parties seek to reschedule the

25 changes of plea for defendants KAROLAK and SZKOP on Friday, April 19, 2013, at 9:00 a.m.,

26 and the changes of plea for defendants VARGAS and ZUK on Monday, April 22, 2013, at 3:00

27 p.m.  Government counsel has confirmed the Court's availability for both dates and times.  The

28
   STIP. TO CONTINUE CHANGES OF
   PLEA; [PROPOSED] ORDER
   CR 12-855 WHA

1  parties stipulate to continue the changes of plea accordingly.

DATED: April 16, 2013

/s/
LAUREL HEADLEY
Counsel for Hector Vargas

DATED: April 16, 2013

/s/
GEOFFREY HANSEN
Counsel for Beata Szkop

DATED: April 16, 2013

/s/
ETHAN A. BALOGH
Counsel for Pawel Karolak

DATED: April 16, 2013

/s/
TIMOTHY CRUDO
Counsel for Malgorzata Zuk

DATED: April 16, 2013

/s/
HARTLEY M. K. WEST
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the changes of plea for the defendants in the above-captioned matter are taken off calendar for April 17, 2013 at 2:00 p.m., and that defendants KAROLAK and SZKOP are rescheduled for changes of plea on Friday, April 19, 2013, at 9:00 a.m., and defendants VARGAS and ZUK are rescheduled for changes of plea on Monday, April 22, 2013, at 3:00 p.m.

DATED: April 16, 2013.

HON. WILLIAM H. ALSUP
United States District Judge

STIP. TO CONTINUE CHANGES OF
PLEA; [PROPOSED] ORDER
CR 12-855 WHA                    -2-